

# IN THE
## TENTH COURT OF APPEALS

### No. 10-08-00394-CR

**WILLIAM CRAWFORD, JR.,**

                                          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                          **Appellee**

---

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. FBR-08-19251**

---

## MEMORANDUM OPINION

---

William Crawford, Jr. pleaded guilty to burglary. Pursuant to a plea bargain, the court sentenced him to fifteen years' imprisonment. Crawford timely filed a *pro se* notice of appeal.

The trial court's certification regarding Crawford's right of appeal states that this: (1) "is a plea-bargain case, and the defendant has NO right of appeal"; and (2) "the defendant has waived the right of appeal." Rule of Appellate Procedure 25.2(d) provides in pertinent part, "The appeal must be dismissed if a certification that shows

the defendant has the right of appeal has not been made a part of the record under these rules." TEX. R. APP. P. 25.2(d).

The trial court's certification affirmatively shows that Crawford has no right of appeal. Thus, the Clerk of this Court notified Crawford that the appeal may be dismissed if he did not file a response showing grounds for continuing the appeal. *See id.* 44.3.

By way of response, Crawford argues that he received ineffective assistance from his court-appointed trial counsel. He alleges five instances of ineffective assistance and further alleges that the court erroneously denied his request to obtain other counsel or proceed *pro se*. However, these are issues which may not be addressed in an appeal from a plea-bargained conviction without the trial court's permission. *See Estrada v. State*, 149 S.W.3d 280, 283 (Tex. App.—Houston [1st Dist.] 2004, pet. ref'd) (per curiam).

The trial court did not give Crawford permission to appeal. The trial court's certification affirmatively shows that Crawford has no right of appeal. Accordingly, we dismiss the appeal. *Id.* at 285; *High v. State*, 115 S.W.3d 581, 582 (Tex. App.—Waco 2003, pet. ref'd) (mem. op.).

FELIPE REYNA
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed February 18, 2009
Do not publish
[CR25]